FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0294

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0294

_____

THE COMMISSIONER OF POLITICAL
PRACTICES FOR THE STATE OF MONTANA,
through JEFFREY MANGAN, acting in his
official capacity as the Commissioner of
Political Practices,

        Petitioner and Appellant,                    O R D E R

    v.

MONTANA REPUBLICAN PARTY,

        Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2020